# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Waddell Bynum Jr., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:19-cv-00316-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Second Ward High School | ) | |
| Mecklenbug County School Board | | |
| Staff of Second Ward, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 25, 2019 Order.

July 25, 2019

_____

Frank G. Johns, Clerk
United States District Court